John Y. Lee (Bar No. 152477)
Law Offices of John Y. Lee
800 Wilshire Boulevard, Suite 530
Los Angeles, California 90017
Telephone: (213) 489-7361
Facsimile: (213) 489-9705
E-mail: criminal.attorney@att.net

E-FILED 11-10-09
CC: USPO

Attorneys for Defendant
RICARDO TORRES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-80-PSG |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] FINDINGS & ORDER |
| RICARDO TORRES, | ) | |
| Defendant. | ) | |

~~[PROPOSED]~~ O R D E R

In accordance with the facts set forth in the parties' stipulation, the Court hereby ORDERS:

THAT for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence the time period of November 9, 2009 through and including Januray 26, 2010 should be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(i) as the requested continuance is necessary for defense counsel to prepare for trial or an alternative resolution of this case and as the ends of justice served by granting this continuance outweigh the best interest of the public, and the defendant in a speedy trial, and the failure to grant such a continuance would result in the miscarriage of justice.    Finally, the Court finds that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence and that the continuance is not based on congestion of the Court's calendar, nor on the lack of diligence on the part of the attorney for the government or the defense, 18 U.S.C. § 3161(h)(8)(C).

THAT the change of status conference and trial dates in this matter are scheduled for Monday, January 11, 2010, at 10 a.m., and January 26, 2010, at 9 a.m., respectively or any date thereafter that is convenient for the court.  The new status conference date and trial date are set for:

_____

_____

IT IS SO FOUND AND ORDERED this 9TH day of November 2009.

**PHILIP S. GUTIERREZ**
THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE